UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>        Plaintiff.<br><br>   v.<br><br>SHOPS AT TANFORAN ASSOCIATES, LLC, et al.,<br><br>        Defendants. | Case No.  19-cv-06787-JCS<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Dkt No. 41 |

**(  ) Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that this case is dismissed without prejudice.

Dated: February 21, 2020

                                            Susan Y. Soong, Clerk

                                            By:_____

                                                   Karen L. Hom
                                                   Deputy Clerk

United States District Court
Northern District of California